598 A.2d 29

Carol Bergdahl QUINN and Terrance
Quinn, her husband, Appellants,

v.

ST. MARGARET MEMORIAL HOSPITAL, Appellee,

v.

Graham F. JOHNSTONE, M.D., Appellee.

Supreme Court of Pennsylvania.

Argued Sept. 24, 1991.

Decided Oct. 30, 1991.

Jay H. Feldstein, Gary M. Lang, Feldstein, Grinberg, Stein & McKee, Pittsburgh, for appellants.

John David Rhodes, Pittsburgh, for St. Margaret Memorial Hosp.

Deborah D. Olszewski, John E. Nedlik, Pittsburgh, for Graham F. Johnstone, M.D.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.